# EXHIBIT 1

HAGENS BERMAN

Ryan Pittman
ATTORNEYS AT LAW
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

hbsslaw.com

August 2, 2023

**Via Email and**
**U.S. Mail:**

Krystina Gutierrez
CNA Insurance
PO Box 8317
Chicago, IL 60680-8317
Krystina.gutierrez@cna.com

**Re: Our Client: Bailey Gonzalez**
**Claim #: E3A82419**
**Date of Incident: 06/16/2023**

To Whom It May Concern:

This firm represents Ms. Bailey Gonzalez in connection with injuries and damages she suffered on June 16, 2023 as a result of your insured's negligence.

All communications regarding this incident must be made through this office.

Please feel free to contact the undersigned should you have any questions pertaining to this correspondence.

Respectfully,

HAGENS BERMAN SOBOL SHAPIRO LLP

Ryan Pittman
(206) 268-9307
ryanp@hbsslaw.com

RP:joa

# EXHIBIT 2

**From:** Enneking,Gary
**To:** ryanp@hbsslaw.com
**Cc:** Enneking,Gary
**Subject:** Bailey Gonzalez v Stanley Steemer International Claim E3A82419
**Date:** Wednesday, May 29, 2024 1:16:41 PM

---

Hello Ryan.

I hope this finds you well. This email will supplement a voicemail left on your phone a moment ago. Please be advised the claim involving Ms. Bailey's auto accident with our insured's driver, Jules Purnell on 6/16/23 has been reassigned to me for handling to conclusion. I respectfully request that you update your file to include my name and contact information and direct all correspondence to my attention.

Please forward details regarding Ms. Bailey's current treatment plan, medical condition, lost wages and diagnosis. It is my understanding Ms. Bailey was initially diagnosed with neck and back strain and symptoms relating to post accident concussion. However, it has been a few months since we received updated medical information.

I can be reached at the number below and look forward to working with you to facilitate a resolution to this matter.

Have a wonderful afternoon.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

# EXHIBIT 3

**From:** Ryan Pittman
**To:** Enneking,Gary
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419
**Date:** Tuesday, June 4, 2024 10:22:55 AM

---

**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.

Got it! Ok thank you for clarifying. Well I look forward to speaking with you further about this case. Noelle and I had discussed a need to re-connect around middle to late July for discussion of this case – we are collecting some further records right now from Seattle Children's Hospital (should receive soon) and those would be really helpful to get a better view of what is going on – so still think that is the right timeline.

Thank you,

---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Monday, June 3, 2024 4:25 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Subject:** RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hi Ryan.
Noelle had it for a very brief time and after claims conference with her manager determined it should be escalated to me.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

---

**From:** Ryan Pittman <ryanp@hbsslaw.com>
**Sent:** Monday, June 3, 2024 4:09 PM
**To:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.

Hi,

The day before this email I spoke with a Noelle Hannay-Waller – and she told me that she had just taken over the case. Can you confirm?

---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Wednesday, May 29, 2024 1:17 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Cc:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hello Ryan.

I hope this finds you well. This email will supplement a voicemail left on your phone a moment ago. Please be advised the claim involving Ms. Bailey's auto accident with our insured's driver, Jules Purnell on 6/16/23 has been reassigned to me for handling to conclusion. I respectfully request that you update your file to include my name and contact information and direct all correspondence to my attention.

Please forward details regarding Ms. Bailey's current treatment plan, medical condition, lost wages and diagnosis. It is my understanding Ms. Bailey was initially diagnosed with neck and back strain and symptoms relating to post accident concussion. However, it has been a few months since we received updated medical information.

I can be reached at the number below and look forward to working with you to facilitate a resolution to this matter.

Have a wonderful afternoon.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

# EXHIBIT 4

| | |
|---|---|
| **From:** | Enneking,Gary |
| **To:** | Ryan Pittman |
| **Cc:** | Enneking,Gary |
| **Subject:** | Bailey Gonzalez v Stanley Steemer International Claim E3A82419 |
| **Date:** | Monday, November 4, 2024 9:19:12 AM |

Hi Ryan.
Hope all is well. I also left you a voicemail a moment ago. Please provide an update for my file. Thank you.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

**From:** Ryan Pittman <ryanp@hbsslaw.com>
**Sent:** Tuesday, June 4, 2024 11:23 AM
**To:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.

Got it! Ok thank you for clarifying. Well I look forward to speaking with you further about this case. Noelle and I had discussed a need to re-connect around middle to late July for discussion of this case – we are collecting some further records right now from Seattle Children's Hospital (should receive soon) and those would be really helpful to get a better view of what is going on – so still think that is the right timeline.

Thank you,

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Monday, June 3, 2024 4:25 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Subject:** RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hi Ryan.
Noelle had it for a very brief time and after claims conference with her manager determined it

should be escalated to me.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

CNA
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

---

**From:** Ryan Pittman <ryanp@hbsslaw.com>
**Sent:** Monday, June 3, 2024 4:09 PM
**To:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.

Hi,

The day before this email I spoke with a Noelle Hannay-Waller – and she told me that she had just taken over the case.  Can you confirm?

---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Wednesday, May 29, 2024 1:17 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Cc:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hello Ryan.

I hope this finds you well. This email will supplement a voicemail left on your phone a moment ago. Please be advised the claim involving Ms. Bailey's auto accident with our insured's driver, Jules Purnell on 6/16/23 has been reassigned to me for handling to conclusion. I respectfully request that you update your file to include my name and contact information and direct all correspondence to my attention.

Please forward details regarding Ms. Bailey's current treatment plan, medical condition, lost wages and diagnosis. It is my understanding Ms. Bailey was initially diagnosed with neck and back strain and symptoms relating to post accident concussion. However, it has been a few months since we received updated medical information.

I can be reached at the number below and look forward to working with you to facilitate a resolution to this matter.

Have a wonderful afternoon.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

# EXHIBIT 5

| | |
|---|---|
| **From:** | Enneking,Gary |
| **To:** | Ryan Pittman |
| **Subject:** | RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419 |
| **Date:** | Tuesday, February 25, 2025 4:05:16 PM |

Hi Ryan.

Hope this finds you well. I am reaching out for a status and response to my initial offer in November of $25,000.

Please give me a call to discuss a resolution.

Thank you and have a great evening.


Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter


---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Monday, November 4, 2024 10:19 AM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Cc:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hi Ryan.

Hope all is well. I also left you a voicemail a moment ago. Please provide an update for my file. Thank you.


Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter


---

**From:** Ryan Pittman <ryanp@hbsslaw.com>
**Sent:** Tuesday, June 4, 2024 11:23 AM
**To:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419


**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.


Got it!  Ok thank you for clarifying.  Well I look forward to speaking with you further about this case. Noelle and I had discussed a need to re-connect around middle to late July for discussion of this case – we are collecting some further records right now from Seattle Children's Hospital (should receive soon) and those would be really helpful to get a better view of what is going on – so still think that is the right

timeline.

Thank you,

---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Monday, June 3, 2024 4:25 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Subject:** RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hi Ryan.
Noelle had it for a very brief time and after claims conference with her manager determined it should be escalated to me.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

---

**From:** Ryan Pittman <ryanp@hbsslaw.com>
**Sent:** Monday, June 3, 2024 4:09 PM
**To:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** [EXTERNAL] RE: Bailey Gonzalez v Stanley Steemer International Claim E3A82419

**CAUTION:** This email is from an EXTERNAL sender. Use caution before clicking on any links or attachments.

Hi,

The day before this email I spoke with a Noelle Hannay-Waller – and she told me that she had just taken over the case. Can you confirm?

---

**From:** Enneking,Gary <Gary.Enneking@cna.com>
**Sent:** Wednesday, May 29, 2024 1:17 PM
**To:** Ryan Pittman <ryanp@hbsslaw.com>
**Cc:** Enneking,Gary <Gary.Enneking@cna.com>
**Subject:** Bailey Gonzalez v Stanley Steemer International Claim E3A82419

Hello Ryan.

I hope this finds you well. This email will supplement a voicemail left on your phone a moment ago. Please be advised the claim involving Ms. Bailey's auto accident with our insured's driver, Jules Purnell on 6/16/23 has been reassigned to me for handling to conclusion. I respectfully request that you update

your file to include my name and contact information and direct all correspondence to my attention.

Please forward details regarding Ms. Bailey's current treatment plan, medical condition, lost wages and diagnosis. It is my understanding Ms. Bailey was initially diagnosed with neck and back strain and symptoms relating to post accident concussion. However, it has been a few months since we received updated medical information.

I can be reached at the number below and look forward to working with you to facilitate a resolution to this matter.

Have a wonderful afternoon.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

# EXHIBIT 6

**From:** Enneking,Gary
**To:** ryanp@hbsslaw.com
**Cc:** Enneking,Gary
**Subject:** Settlement Offer : Bailey Gonzalez v Stanley Steemer E3A82419
**Date:** Wednesday, March 19, 2025 1:44:00 PM

---

Hi Ryan.

I am following up to several voicemail requests regarding the negotiations and status of Ms. Gonzales, most recently a moment ago. I have not received a response to my 12/4/24 offer of $25,000 as of today. Please respond as to whether your client is accepting my offer or with a demand so we can move this toward a resolution. Also, please forward the complete damage package for review. I can be reached at the number below, or you may respond via email. I will be out of office tomorrow and Friday. I will however, be back Monday.

I look forward to your response.

Gary Enneking, CPCU, AIC
Claim Consultant | AGL

**CNA**
P.O. Box 8317
Chicago, IL 60680-8317
Office: 303-858-4289
Gary.Enneking@cna.com

cna.com
Follow us on: LinkedIn | Twitter