Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

# EXHIBIT 1

Edit

**Author** Jaime Heim
**Topic** Contact
**Related To** Tiffany B St John
**Created** Jun 22, 2023 10:51 AM
**Modified** Jun 22, 2023 10:52 AM

**email to CVO**
From: Heim,Jaime
Sent: Thursday, June 22, 2023 11:52 AM
To: 'tiffanystjohn3@gmail.com' <tiffanystjohn3@gmail.com>
Subject: E3A82419 - Stanley Steemer - DOL 6/16/23

Good morning Tiffany!

My name is Jaime and I am the Auto Physical Damage adjuster assigned to this claim on behalf of my insured, Stanely Steemer. I have been in touch with your claim adjuster Peerless Elgin. He provided your contact info, as it was not included when this claim was reported to CNA.

Liability has been accepted by CNA. I have assigned my appraisal service Snap Sheet to reach out to create a preliminary estimate of your damages. Initially, I had noted Baileys contact info. I have updated this to be your info. They should be reach out shortly. Please provide them the info they request so we can move forward with this claim.

Once the estimate is complete, I will be in touch with next step instructions. You will be able to choose any shop you wish to use, and a rental vehicle can be available during the time your vehicle is in the shop being repaired.

Peerless also noted Bailey was injured in this incident. I have requested a Bodily Injury adjuster be assigned to address this. They will be in touch within 24 hours.

If there are any questions, please do not hesitate to reach out. I am happy to assist in any manner I can.

Thank you and have a great day!

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

# EXHIBIT 2

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

Account No. 06106 CNA-IL XM

Attention : Jaime Heim

# CNA INSURANCE

Metro Reporting Customer Support 1-800-245-6686 or help@metroreporting.com

Metropolitan Reporting Bureau
BOX 926, William Penn Annex
Philadelphia, PA 19105-0926
FAX (800) 343-9047

*Type of Report:* AUTO ACCIDENT

INSURED : STANLEY STEEMER INTERNATIONAL

CLAIM NUMBER: E3A82419

POLICY NUM. : 7015203406

DATE OF LOSS: 06/16/23

LOSS STREET : Not identified

LOSS CITY : Seattly WA

POLICE DEPT.: WASHINGTON STATE POLICE

REPORT NUM. : 23-010527

PCT./DIST. : SEATTLE

DESC.OF OTHER: Insured Vehicle rear ended Other Vehicle.

**THANK YOU FOR THE ORDER!** Any questions or problems please feel free to contac

PH. (800) 245-6686 or Help@metroreporting.com

NOTICE: The report/information provided to the end user (the Customer) most likely contains consumer identification information governed by the Federal Drivers Privacy Protection Act of 1994 (18 U.S.C. 2721 et seq.) (DPPA), the Gramm-Leach-Bliley Act (15 U.S.C. 6801 et seq.) (GLB), and the Fair Credit Reporting Act (15 U.S.C. 1681 et seq.) (FCRA), including all auto crash reports & all reports and information provided by state DMV'S.

Customer shall not use the information provided herein for any purpose that would violate the privacy obligation policy and any other terms and provisions of the DPPA, GLB or FCRA, or any similar federal, state or local statutes, rules, or regulations. The Customer is responsible for maintaining compliance; as such do not share report/information outside of your company. Any violation of these Laws may subject you to civil and/or criminal penalties.

Customer understands that results/data received are not proprietary, as such are being provided by a third-party source and therefore the accuracy of such results/data is not guaranteed.

1132477826

STATE OF WASHINGTON
# POLICE TRAFFIC COLLISION REPORT

1891971

REPORT NO. **ED71185**

| | |
|---|---|
| INTERSTATE | ✓ |
| CITY STREET | |
| STATE ROUTE | |
| OTHER | |
| COUNTY RD | |
| PRIVATE WAY | |
| FIRE RESULTED | |
| STOLEN VEHICLE | |
| HIT & RUN INVOLVED | ✓ |
| TRIBAL RESERVATION | |
| CASE # | 23-010527 |
| LOCAL AGENCY CODING | |
| TOTAL # OF UNITS | 3 |
| OBJECT STRUCK | |

| DATE OF COLLISION (MM-DD-YYYY) | TIME (2400) | COUNTY # | MILES | DIRECTION | IN/OF | CITY # |
|---|---|---|---|---|---|---|
| 6-16-2023 | 1235 | 17 | | | IN ✓ | 1140 |

ON (PRIMARY TRAFFIC WAY): I 5 — INTERSECTION ☐ NON-INTERSECTION ✓

BLOCK NO. ☐ MILE POST ✓ 173.40

DISTANCE: 0.50 MILES ✓ FEET ☐ N ☐ S ✓ E ☐ W ☐ OF (REFERENCE OR CROSS STREET): 130TH

Margin codes (left): 1: 1; 2: 1; 3: 1; 4: ; 4a: ; 5: ; 6: 1; 7: ; 8: ; 9: 9; 10: 9; 11: 6 0; 12: 6 0; 13: 3; 14: 3; 15: 1; 16: 1; 17: ; 18: ; 19: ; 20: ; 21: ; 22: ; 23: ; 24: ; 25: ; 26:

Margin codes (right): 27: 1 0 7; 28: 1 1 8; 29: 0 6; 30: 0 7; 31: 1 1 2; 32: 1 1 2; 33: 1 5; 34: 9 9; 35: ; 36: ; 37: 4; 38: 4; 39: 3; 40: 3; 41: 1; 42: 1; 43: ; 44:

## UNIT 01

| | |
|---|---|
| MOTOR VEHICLE | ✓ |
| PEDAL-CYCLE | |
| DAMAGE THRESHOLD MET | YES ✓ |
| PHONE | |
| LAST NAME | |
| FIRST NAME | JULES |
| MIDDLE INITIAL | A |
| STREET / CITY / ST / ZIP | [redacted] [redacted] [redacted] [redacted] |
| CDL | |
| IGNITION INTERLOCK REQUIRED | NO ✓ |
| IGNITION INTERLOCK PRESENT | NO ✓ |
| MEDICAL TRANSPORTED | NO ✓ |
| DRIVER'S LICENSE # | [redacted] |
| STATE | WA |
| SEX | M |
| D.O.B. | [redacted] |
| ON DUTY | |
| STATUS | |
| AIRBAG | 2 |
| RESTR. | 4 |
| EJECT | 1 |
| HELMET USE | |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| LICENSE PLATE # | [redacted] |
| STATE | WA |
| VIN# | [redacted] |
| TRAILER PLATE # | |
| TRLR VIN# | |
| VEH YEAR | 2012 |
| MAKE | FORD |
| MODEL | ECONOLIN |
| STYLE | |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | NO ✓ |
| TOWED BY | |
| GOVT VEHICLE | NO ✓ |
| REGISTERED OWNER INFO | STANLEY STEEMER INTL INC |
| LIABILITY INSURANCE IN EFFECT | ✓ |
| INSURANCE CO & POLICY # | CONTINENTAL CASUALTY BUA7015203406 |
| VEHICLE LEGALLY STANDING | YES ☐ NO ☐ |
| CITATION # | 3A0406413 |
| CHARGE | FOLLOWING TOO CLOSE |

VEHICLE NO. 1 SHADE IN DAMAGED AREA (9 TOP, 10 BOTTOM)

## UNIT 02

| | |
|---|---|
| MOTOR VEHICLE | ✓ |
| PEDAL-CYCLE | |
| PEDESTRIAN | |
| PROPERTY OWNER | |
| DAMAGE THRESHOLD MET | YES ✓ |
| PHONE | |
| LAST NAME | GONZALEZ |
| FIRST NAME | BAILEY |
| MIDDLE INITIAL | M |
| STREET / CITY / ST / ZIP | [redacted] [redacted] [redacted] [redacted] |
| CDL | |
| IGNITION INTERLOCK REQUIRED | NO ✓ |
| IGNITION INTERLOCK PRESENT | NO ✓ |
| MEDICAL TRANSPORTED | NO ✓ |
| DRIVER'S LICENSE # | [redacted] |
| STATE | WA |
| SEX | F |
| D.O.B. | [redacted] |
| ON DUTY | |
| STATUS | |
| AIRBAG | 2 |
| RESTR. | 4 |
| EJECT | 1 |
| HELMET USE | |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| LICENSE PLATE # | [redacted] |
| STATE | WA |
| VIN# | [redacted] |
| TRAILER PLATE # | |
| TRLR VIN# | |
| VEH YEAR | 2012 |
| MAKE | MERZ |
| MODEL | C |
| STYLE | |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | NO ✓ |
| TOWED BY | |
| GOVT VEHICLE | NO ✓ |
| REGISTERED OWNER INFO | ST-JOHN, TIFFANY |
| LIABILITY INSURANCE IN EFFECT | ✓ |
| INSURANCE CO & POLICY # | ALLSTATE 976445 970 |
| VEHICLE LEGALLY STANDING | NO ✓ |
| CITATION # | |
| CHARGE | |

VEHICLE NO. 2 SHADE IN DAMAGED AREA (9 TOP, 10 BOTTOM)

| OFFICER'S NAME (PRINT) | OFFICER PHONE | BADGE OR ID # | AGENCY |
|---|---|---|---|
| CHASE, STEVEN | | 981 | WASHINGTON STATE PATROL |

**PART A** 3000-345-159 (R 11/15)

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

STATE OF WASHINGTON
**POLICE TRAFFIC COLLISION REPORT**

1591972

REPORT NO. **ED71185**

CASE # 23-010527

ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

| | |
|---|---|
| NAME (LAST, FIRST, MIDDLE INITIAL) | |
| ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | – | – |
| PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
| NAME (LAST, FIRST, MIDDLE INITIAL) | |
| ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | – | – |
| PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
| NAME (LAST, FIRST, MIDDLE INITIAL) | |
| ADDRESS & PHONE # | SEX | D.O.B. MMDDYYYY | – | – |
| PASSENGER ☐ WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |

**DIAGRAM**

INDICATE NORTH BY ARROW

Please see subsequent diagram page

**NARRATIVE**

Please see subsequent narrative page(s)

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

| INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST. DET | DATED | PLACE SIGNED |
|---|---|---|---|
| STEVEN CHASE | | 6/18/2023 | |

| APPROVED BY | DATE |
|---|---|
| Roberts, Cliff D 191 | |

| BADGE OR ID # | ORI # | TIME POLICE DISPATCHED | TIME POLICE ARRIVED |
|---|---|---|---|
| 981 | WAWSP0202 | 12:35 PM | 12:45 PM |

**PART B** 3000-345-160 R (9/13)

# SUPPLEMENTAL POLICE TRAFFIC COLLISION REPORT

013197

REPORT NO. ED71185

CASE # 23-010527

## COMMERCIAL MOTOR CARRIER

INTERSTATE [ ] INTRASTATE [ ]

UNIT # | USDOT | ICC # | VEHICLE TYPE | CARGO BODY TYPE

CARRIER NAME

CARRIER ADDRESS

CITY | ST | ZIP

NAME SOURCE | # AXLES | GVWR | PLACARD | + | NAME IF NO NUMBER

## ADDITIONAL UNITS

UNIT # 3 | MOTOR VEHICLE [✓] | PEDAL-CYCLE [ ] | PEDESTRIAN [ ] | PROPERTY OWNER [ ] | DAMAGE THRESHOLD MET YES [✓] NO [ ] | PHONE

LAST NAME UNKNOWN | FIRST NAME UNKNOWN | MIDDLE INITIAL

STREET NEW ADDRESS [ ] | CITY MUKILTEO | ST | ZIP

CDL | IGNITION INTERLOCK REQUIRED YES [ ] NO [✓] | IGNITION INTERLOCK PRESENT YES [ ] NO [ ] | MEDICAL TRANSPORTED YES [ ] NO [✓]

DRIVER'S LICENSE # | STATE | SEX | D.O.B. MMDDYYYY

ON DUTY [ ] | STATUS | AIRBAG 9 | RESTR. 9 | EJECT 9 | HELMET USE 9 | INJURY CLASS 0 | NATURE OF INJURIES

LICENSE PLATE # | STATE | VIN#

TRAILER PLATE # | STATE | TRAILER PLATE # | STATE

TRLR VIN# | TRLR VIN#

VEH. YEAR | MAKE UNKN | MODEL UNKNO | STYLE | VEHICLE TOWED DUE TO DISABLING DAMAGE YES [ ] NO [✓] | TOWED BY | GOVT. VEHICLE YES [ ] NO [✓]

REGISTERED OWNER INFO. UNKNOWN, UNKNOWN

LIABILITY INSURANCE IN EFFECT [ ] | INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES [✓] NO [ ] | CITATION # | CHARGE

SHADE IN DAMAGED AREA: 1 2 3 4 5 6 7 8 9 TOP 10 BOTTOM

UNIT # | MOTOR VEHICLE [ ] | PEDAL-CYCLE [ ] | PEDESTRIAN [ ] | PROPERTY OWNER [ ] | DAMAGE THRESHOLD MET YES [ ] NO [ ] | PHONE

LAST NAME | FIRST NAME | MIDDLE INITIAL

STREET NEW ADDRESS [ ] | CITY | ST | ZIP

CDL | IGNITION INTERLOCK REQUIRED YES [ ] NO [ ] | IGNITION INTERLOCK PRESENT YES [ ] NO [ ] | MEDICAL TRANSPORTED YES [ ] NO [ ]

DRIVER'S LICENSE # | STATE | SEX | D.O.B. MMDDYYYY

ON DUTY [ ] | STATUS | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES

LICENSE PLATE # | STATE | VIN#

TRAILER PLATE # | STATE | TRAILER PLATE # | STATE

TRLR VIN# | TRLR VIN#

VEH. YEAR | MAKE | MODEL | STYLE | VEHICLE TOWED DUE TO DISABLING DAMAGE YES [ ] NO [ ] | TOWED BY | GOVT. VEHICLE YES [ ] NO [ ]

REGISTERED OWNER INFO.

LIABILITY INSURANCE IN EFFECT [ ] | INSURANCE CO & POLICY #

VEHICLE LEGALLY STANDING YES [ ] NO [ ] | CITATION # | CHARGE

SHADE IN DAMAGED AREA: 1 2 3 4 5 6 7 8 9 TOP 10 BOTTOM

Left margin codes: 1: 1 | 2: 1 | 3: 1 | 4: | 42: | 5: | 6: 1 | 7: | 8: | 9: 9 | 10: | 11: 6 0 | 12: | 13: 3 | 14: | 15: 1 | 16: | 17: | 18: | 19: | 20: | 21: | 22: | 23: | 24: | 25: | 26:

Right margin codes: 27: 1 8 | 28: | 29: 0 7 | 30: | 31: 1 2 | 32: | 33: FROM 9 TO 9 | 34: | 35: | 36: | 37: 5 | 38: | 39: 3 | 40: | 41: 1 | 42: | 43: | 44:

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

STEVEN CHASE | 6/18/2023

INVESTIGATING OFFICER'S SIGNATURE | OFFICER'S PHONE | UNIT OR DIST DET | DATED | PLACE SIGNED

BADGE OR ID # 981 | ORI # WAWSP0202 | APPROVED BY Roberts | DATE | PAGE 3 OF 5

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



## Narrative

ON 6-16-2023, I RESPONDED TO A THREE CAR COLLISION THAT OCCURRED ON SOUTH INTERSTATE FIVE JUST SOUTH OF THE ONE HUNDRED AND THIRTIETH STREET OVERPASS. UPON CONTACT, THE DRIVERS OF UNITS ONE AND TWO ADVISED UNITS ONE, TWO, AND THREE WERE TRAVELING SOUTH. WHEN UNITS TWO AND THREE STOPPED FOR TRAFFIC, THE DRIVER OF UNIT ONE WAS UNABLE TO STOP PRIOR TO STRIKING THE REAR SECTION OF UNIT TWO. THIS IMPACT PUSHED UNIT TWO INTO THE REAR SECTION OF UNIT THREE. UNIT THREE CONTINUED SOUTH WITHOUT EXCHANGING INFORMATION.


SOUTH I-5 JS 130TH/MILEPOST 173.4
1
2
3
4
5
3
2
1

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

# EXHIBIT 3

# CNA

PO Box 8317, Chicago, IL 60680
Office: (888) 317-8527

Estimate ID
14447616
Original

Claim Number
E3A82419-CV1

To file a supplement, please visit the following
WEBSITE: SHOPS.SNAPSHEET.ME
For questions or assistance please call (312) 548-6940.

Estimate is not an indication of coverage or liability acceptance.

ALL SUPPLEMENTS REQUIRE PRIOR APPROVAL

Days to Repair:3

| Owner | Appraiser | Insurance Carrier |
|---|---|---|
| Tiffany John<br>[redacted] | Robert Rizzo | CNA |

| Claim Number | Policy Number | Adjuster | Deductible |
|---|---|---|---|
| E3A82419-CV1 | NA | Jaime Heim | 0.00 - Not Waived |

| Loss Date | Inspection Site |
|---|---|
| 06/16/2023 | Not Available<br>[redacted] |

## 2012 Mercedes-Benz C250 4 Door Sedan 1.8L 4 Cyl Gas Injected Turbocharged 7 Speed Auto Trans RWD

| Exterior Color | Interior Color | License | VIN |
|---|---|---|---|
| Black | Gray | [redacted] | [redacted] |

| Condition | Drivable |
|---|---|
| Good | Yes |

Prior Damage Notes
None Seen

Options

| | | | | |
|---|---|---|---|---|
| Air Conditioning | Alum/Alloy Wheels | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) | Auto Air Condition |
| Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | CD Player | Cruise Control |
| Daytime Running Lights | Driver Seat With Power Lumbar Support | Driver-Front Air Bag | Dual A/C | Electric Defogger |
| Electronic Stability Control | First Row Bucket Seat | Fog Lights | Front Seats With Power Lumbar Support | Genuine Wood Trim |
| HD Radio | Heated Mirror | Interior Automatic Day/Night Or Electrochromatic Mirror | Keyless Entry System | Leather Steering Wheel |
| Left-Curtain Air Bag | Manual Sunroof | MP3 Player | Passenger-Front Air Bag | Power Door Locks |


Mitchell Cloud Estimating™
Copyright 1994-2023 Mitchell International, Inc.
All Rights Reserved

Options

| | | | | |
|---|---|---|---|---|
| Power Driver Seat | Power Passenger Seat | Power Remote Mirror | Power Steering | Power Windows |
| Premium Sound Sys. | Rain Sensing Wipers | Second Row Side Airbag With Head Protection | Side Airbags | Steering Wheel Mounted Audio Control |
| Theft Deterrent Sys. | Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic | Trip Computer |
| Universal Garage Door Opener | | | | |

## Tiffany John | 2012 Mercedes-Benz C250

Parts Profile
N/A

Parts Profile Version
N/A

| | | | LABOR | | | PART | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
| Rear Bumper | | | | | | | | | | |
| 1 | 100468 | Rear Bumper Cover | Remove / Install | Body | 2.0# | Existing | | | | |
| 2 | 100474 | Rear Bumper Cover | Repair | Body | 5.0*# | Existing | | | | |
| 3 | AUTO | Rear Bumper Cover | Refinish Only | Refinish | 2.7 C | Existing | | | | |
| 4 | 100477 | Rear Lwr Bumper Panel | Remove / Replace | Body | 0.7# | Aftermarket New | MB1115105C | 1 | $62.00* | Yes |
| 5 | 900501 | Keystone CAPA | | | | | | | | |
| Additional Costs & Materials | | | | | | | | | | |
| 6 | AUTO | Paint/Materials | Additional Cost | | | | | | $136.80* | Yes |
| 7 | AUTO | Hazardous Waste Disposal | Additional Cost | | | | | | $4.00* | Yes |
| Additional Operations | | | | | | | | | | |
| 8 | AUTO | Clear Coat | Additional Operation | Refinish | 1.1 | | | | $0.00 | |
| Special / Manual Entry | | | | | | | | | | |
| 9 | 900500 | Flex Additive | Remove / Replace | Body* | 0.0* | Aftermarket New | ** QUAL REPL PART | 1 | $8.00* | Yes |

* Judgment Item
T Included in Two Tone Calculation
# Labor Note Applies
d Discontinued by Manufacturer
C Included in Clear Coat Calculation
A Included in Clear Coat and Two Tone Calculation
r CEG R&R Time Used for this Labor Operation
[ ] Verify the part number and price before ordering

**Disclaimer:** This estimate has been prepared based on the use of crash parts supplied by a source other than the manufacturer of your vehicle. Warranties applicable to these replacement parts are provided by the manufacturer or distributor of these parts rather than the manufacturer of your vehicle.

## Estimate Totals

| Labor | Units | Rate | Sublet Add'l Amount | Totals |
|---|---|---|---|---|
| Body Labor | 7.7 | $62.00 | | $477.40 |
| Refinish Labor | 3.8 | $62.00 | | $235.60 |
| **Total Labor** | **11.5** | | | **$713.00** |


Copyright 1994-2023 Mitchell International, Inc.
All Rights Reserved

## Estimate Totals

| | | | |
|---|---|---|---|
| | | Taxable | $713.00 |
| | | Tax 10.6000% | $75.58 |
| | | Non-Taxable | $0.00 |
| | | **Labor Total** | **$788.58** |

| Parts | Amount | | |
|---|---|---|---|
| Taxable Parts | $70.00 | | $70.00 |
| | | Parts Adjustments | $0.00 |
| | | Tax 10.6000% | $7.42 |
| | | Non-Taxable | $0.00 |
| | | **Parts Total** | **$77.42** |

| Costs | Amount | | |
|---|---|---|---|
| Other Additional Costs | $4.00 | | $4.00 |
| Paint Materials | $136.80 | | $136.80 |
| | | Taxable | $140.80 |
| Paint Materials Rate: $36.00 | | Tax 10.6000% | $14.92 |
| Rate Max: 99.9 units | | Non-Taxable | $0.00 |
| Additional Rate: $36.00 | | **Costs Total** | **$155.72** |

| Gross Totals | Amount | | |
|---|---|---|---|
| Gross Total | $1,021.72 | | $1,021.72 |
| | | Taxable | $923.80 |
| | | Tax | $97.92 |
| | | Non-Taxable | $0.00 |
| | | **Gross Total** | **$1,021.72** |

| Adjustments | Amount | | |
|---|---|---|---|
| **Total Customer Responsibility** | | | $0.00 |

**Net Estimate Total** **$1,021.72**

Estimate is not an indication of coverage or liability acceptance.

ALL SUPPLEMENTS REQUIRE PRIOR APPROVAL

The Vehicle Owner has the right to select the repair facility for repairs. CNA assumes no responsibility for repair quality. This is not an authorization for repairs. Authorization and guarantee of payment can only be given by the owner of the vehicle.

Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.

This estimate may include the listing of aftermarket crash parts supplied by a source other than the manufacturer of your motor vehicle. The aftermarket crash parts used in the preparation of this estimate are warrantied by the manufacturer or distributor of such parts, rather than the manufacturer of your motor vehicle. The insurer specifying the use of non-original equipment manufacturer replacement crash parts warrants that such parts are at least equal to the original equipment manufacturer parts in terms of kind, quality, safety, fit, and performance if a defect is discovered.


Copyright 1994-2023 Mitchell International, Inc.
All Rights Reserved

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

Disclaimer: It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

SNAPSHEET ESTIMATE SUMMARY
DAMAGE CONSISTENT WITH FOL?:
Yes
ESTIMATE REVIEW
Repaired rear bumper gouged, scraped and distorted throughout center to RT side. Replaced rear bumper lower molding scrape/distorted on textured part.
ALT PART EXPLANATION
Parts: Researched car-Part.com and keystone for alternative part sourcing.

POTENTIAL HIDDEN DAMAGE
Rear bumper, inner bumper components
UNRELATED PRIOR DAMAGE
None Seen
TOTAL LOSS RATIONALE
Vehicle is repairable, based on the following:
$1,771.72 is the potential cost to repair this 2012 mercedes-benz C-Class.

This amount is based on:
$1,021.72 Estimate Amount
$750.00 Potential Hidden Damage

The total loss threshold was determined using the following:
$15,000.00 ACV
$0.00 Salvage Return
$15,000.00 Total Loss Threshold (Constructive)







Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4
















Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

# EXHIBIT 4

Edit Linked Documents

| | |
|---|---|
| **Author** | Jaime Heim |
| **Topic** | Damage Evaluation |
| **Related To** | (1) Vehicle Damage - Bailey Gonzalez |
| **Created** | Jul 10, 2023 11:20 AM |
| **Modified** | Jul 10, 2023 11:26 AM |

**payment to clmt**

Estimate has been reviewed by Snap Sheet. Damages are consistent with the facts of loss.

Damage $1021.72
Less deductible $0
Net paid $1021.72

Issued payment to Clmt and notified the vehicle owner of the payment and provided them with a copy of the estimate and claim instructions

From: Heim,Jaime
Sent: Monday, July 10, 2023 12:25 PM
To: tiffanystjohn3@gmail.com
Subject: E3A82419 - resolution payment

Attached is the preliminary estimate completed by Snapsheet. The estimate is for $1,021.72.

Please contact the body shop of your choice and make an appointment to repair the vehicle and provide a copy of this estimate to them.
Once repairs are started and any additional damages are found the body shop will submit those damages (supplement) to WWW.SUPPLEMENTS.SNAPSHEET.ME for review for our payout.
All supplemental repairs should be uploaded to Snapsheet. The initial check should be applied to the bill at the body shop. Any additional requests for funds should be directed to the appraisal service.
Payment information:
Our payment processing service - One Inc - will be reaching out to you via email to discuss how youd like the payment delivered.
If you do not respond to One Incs correspondence in three (3) days, a paper check will be automatically sent to your mailing address.

Please see screen shot of payment below:

Please be aware that supply chain and labor issues have become a significant challenge in the auto repair industry, in many cases delaying repairs several weeks due to backorders and/or lack of available labor. We are hopeful that this wont happen in this case but we are seeing delays on a regular basis. As a vehicle owner, there are a few things you can do to help move the process along.

If your vehicle is drivable, please ask your body shop to order all necessary parts ahead of time, so that your vehicle isnt sitting in the shop waiting for parts to be received.
Clearly communicate the issues up front with your body shop in terms of part availability and completion timeline so that you understand exactly what the delays may be ahead of time so you can prepare.
Stay in contact with the shop during the repair process to ensure timelines are being met.
If repairs are delayed and youre in a rental vehicle, it could erode your loss of use limits and is something you should discuss with your claim professional and/or body shop.

If you get a Survey Request about your experience, please be sure to fill it out. I love feedback!

If there are any questions, please do not hesitate to reach out.

Thank you and have a great day!

**email to clmt St John**
From: Heim,Jaime
Sent: Tuesday, July 11, 2023 1:40 PM
To: Tiffany St. John <tiffanystjohn3@gmail.com>
Subject: RE: [EXTERNAL] Re: E3A82419 - resolution payment

Thank you for reaching out. The medical items will need to be discussed with the Bodily Injury Adjuster Everette Curry. I only handle the Auto Physical Damage portion. Everette can be reached at:

714-674-5730
Everette.Curry@cna.com

The payment that was sent is the initial payment on the preliminary estimate. It is not an offer to settle. As stated in my email below, this is a starting point. As the repair facility works and finds additional damages to the vehicle, they will file the supplement (a request for additional funds). I will pay the repair facility directly for all supplement requests. Please be sure to provide your repair facility a copy of my preliminary estimate as it contains the instructions to file a supplement.

I hope this answers your questions.

If there are any questions, please do not hesitate to reach out. I am happy to assist in any manner I can.

Thank you and have a great day!

Jaime Heim
Claim Professional
Pronouns: she/her/hers
Office Hours: M-F 8am 4pm EST

CNA | PO Box 8317, Chicago, IL 60680-8317 | Telephone: 610-320-4281| Fax: 877-371-5122

Visit http://www.CNA.com
Follow us on: LinkedIn | Facebook | Twitter

EMAIL CONFIDENTIALITY NOTICE: This electronic communication is intended exclusively for the individual to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

From: Tiffany St. John <tiffanystjohn3@gmail.com>
Sent: Tuesday, July 11, 2023 1:13 PM
To: Heim,Jaime <Jaime.Heim@cna.com>
Subject: [EXTERNAL] Re: E3A82419 - resolution payment

Hi Jamie,

Bailey was injured as a result of this accident. Which made her miss work, she also has chiropractic, massage, physical therapy, and needs an MRI from her concussion. Are you the person to discuss these items as well?

Additionally, this settlement offer for the damage is not nearly enough to cover the necessary repairs on the front, back, and interior of the car.

Tiffany

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

| | |
|---|---|
| Edit | |
| **Author** | Jaime Heim |
| **Topic** | Contact |
| **Related To** | (1) Vehicle Damage - Bailey Gonzalez |
| **Created** | Aug 7, 2023 3:15 PM |
| **Modified** | Aug 7, 2023 3:15 PM |

**email to clmt**

From: Heim,Jaime
Sent: Monday, August 7, 2023 4:15 PM
To: 'Tiffany St. John' <tiffanystjohn3@gmail.com>
Subject: RE: [EXTERNAL] Claim E3A82419

Good afternoon!

I see the body shop has been in contact with the appraisal service. I will keep an eye on this to make sure everything is updated as appropriate.

If there are any questions, please do not hesitate to reach out. I am happy to assist in any manner I can.

Thank you and have a great day!

Jaime Heim
Claim Professional
Pronouns: she/her/hers
Office Hours: M-F 8am 4pm EST

CNA | PO Box 8317, Chicago, IL 60680-8317 | Telephone: 610-320-4281| Fax: 877-371-5122

Visit http://www.CNA.com
Follow us on: LinkedIn | Facebook | Twitter

EMAIL CONFIDENTIALITY NOTICE: This electronic communication is intended exclusively for the individual to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

From: Tiffany St. John <tiffanystjohn3@gmail.com>
Sent: Monday, August 7, 2023 2:45 PM
To: Heim,Jaime <Jaime.Heim@cna.com>
Subject: [EXTERNAL] Claim E3A82419

Hi Jaime,

The auto body shop was contacted by the 3rd party appraiser hired by CNA and stated that there was no front end damage indicated on the file. It seems there is a mistake in the file, as the Stanley steamer van (your insured) hit the car from behind with force that pushed the vehicle into another vehicle in front causing damage. The photos of all the damage was sent by the auto body shop and myself to you guys. Can we please get her file updated?

Let me know if you have any questions.

Thank you,
Tiffany

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

# EXHIBIT 5

| | |
|---|---|
| **From:** | Michael Noffsinger |
| **To:** | Heim,Jaime |
| **Cc:** | Michelle Middendorf; Craig W. Smith |
| **Subject:** | Seattle Accident |
| **Date:** | Thursday, December 26, 2024 8:07:57 PM |
| **Attachments:** | CFD33C19DC4442CAA694814C0A2B9F4C.pdf<br>image002.png |

Jaime,

Please see attached in regards to **E3A82419**.

Michael Noffsinger
*Compliance Analyst*
Stanley Steemer International | 5800 Innovation Dr. | Dublin, OH 43016
989-387-4238

FOR A CLEANER & HEALTHIER HOME™

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
12/26/2024
CT Log Number 548064966

## Service of Process Transmittal Summary

**TO:** Ryan Jankowski, Investment Adviser Representative
Stanley Steemer International, Inc.
5800 INNOVATION DR
DUBLIN, OH 43016-3271

**RE:** **Process Served in Washington**

**FOR:** Stanley Steemer International, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** B.G., a minor, by and through her parent and legal guardian, Tiffany St. John vs. Stanley Steemer International, Inc.

**CASE #:** 224CV2105TL

**PROCESS SERVED ON:** CT Corporation System, Olympia, WA

**DATE/METHOD OF SERVICE:** By Process Server on 12/26/2024 at 14:49

**JURISDICTION SERVED:** Washington

**ACTION ITEMS:** CT will retain the current log

Image SOP

Email Notification, Philip P Ryser ppryser@steemer.com

Email Notification, Ryan Jankowski rjankowski@steemer.com

**REGISTERED AGENT CONTACT:** C T Corporation System
711 Capitol Way S
Suite 204
Olympia, WA 98501
866-539-8692
CorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Dec 26, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | STANLEY STEEMER INTERNATIONAL, INC. |
| Case Number | 224CV2105TL |
| Jurisdiction | WA |

| Inserts | | |
|---|---|---|
| | | |

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| B. G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br>*Plaintiff(s)*<br>v.<br>Stanley Steemer International, Inc.<br>*Defendant(s)* | Civil Action No. 2:24-CV-2105-TL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stanley Steemer International, Inc.
c/o CT Corporation System
711 Capitol Way S., Suite 204
Olympia, Washington 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David P. Moody
James Chong
Ryan Pittman
William Kincaid
Hagens Berman Sobol Shapiro LLP
1301 2nd Avenue, Suite 2000, Seattle, Washington 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/23/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

Ryan Pittman (WSBA No. 57560)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: ryanp@hbsslaw.com

*Attorneys for Plaintiff B.G.*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br><br>Plaintiff,<br><br>v.<br><br>Stanley Steemer International, Inc.<br><br>Defendant. | **CIVIL ACTION NO.:**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Tiffany St. John, brings this Complaint on behalf of her minor daughter Plaintiff B.G., a minor against Defendant Stanley Steemer International, Inc. ("Defendant").

## I. PARTIES

1. Plaintiff B.G., a minor, is an individual residing at all material times in Mukilteo, Washington.

2. Defendant Stanley Steemer, Inc., provides carpet cleaning services and is incorporated under the laws of the State of Ohio and is headquartered in Dublin, Ohio.

## II. JURISDICTION AND VENUE

3. The Western District of Washington has original jurisdiction over this matter on the basis of diversity jurisdiction under 28 U.S.C. § 1332.

4. Plaintiff B.G. is a citizen of the State of Washington.

5. Defendant Stanley Steemer, Inc., is incorporated under the laws of the State of Ohio

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



and has its principal place of business in the State of Ohio.

6. Defendant is licensed to conduct business in the State of Washington as a foreign corporation.

7. The matter in controversy exceeds the sum of $75,000.

8. Venue is proper in the Western District of Washington, Seattle, because the incident occurred in Seattle, King County, Washington.

## III. STATEMENT OF FACTS

9. On June 16, 2023, Plaintiff and Defendant were travelling southbound on I-5 near 130th Street in Seattle, Washington.

10. An agent of Defendant Stanley Steemer, Jules Purnell IV, was driving a van owned by Stanley Steemer and operated within the course and scope of his employment with Stanley Steemer.

11. Immediately before the accident, both Plaintiff and Defendant were driving in the fourth lane from the right.

12. Traffic on 1-5 southbound came to a complete stop in front of Plaintiff. Plaintiff came to a complete stop behind the car in front of her.

13. Defendant failed to stop and caused a rear end collision into the back of Plaintiff's car.

14. The force of Defendant's collision into Plaintiff forced her into the car in front of her.

15. Washington State Patrol issued a citation against Defendant for following too close.

16. Plaintiff sustained injuries from the accident that continue to impact her ability to perform day-to-day functions, focus in school, and maintain employment.

17. Defendant's actions have caused permanent harm.

18. Once a member of her high school's soccer team, Plaintiff is no longer able to play soccer or any other organized sport.

19. Plaintiff now struggles to walk or stand for extended periods of time, and



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

experiences frequent dizziness and debilitating migraines.

## IV. FIRST CAUSE OF ACTION: NEGLIGENCE

20. Plaintiff re-alleges all preceding paragraphs of this complaint and incorporates them herein by reference.

21. Defendant is vicariously liable for the negligent acts and omissions of its driver, Jules Purnell IV, under the doctrine of *respondeat superior*.

22. Defendant, including its agent Mr. Purnell IV, negligently operated its vehicle, and failed to follow the rules of the road under RCW 46.61 *et seq*., including, but not limited to following too closely, failing to maintain a proper lookout, and failing to exercise due care and caution.

23. As a direct and proximate result of the above acts and omissions of Defendant, Plaintiff suffered, and continues to suffer, permanent injuries, personal damage and disability, emotional harm, loss of enjoyment of life, and other general damages to be proven at the time of trial.

24. As a direct and proximate result of the above acts and omissions of Defendant, Plaintiff has been required to seek various medical treatment, and will continue to require medical treatment in the future, in amounts to be proven at the time of trial.

25. As a direct and proximate result of the above acts and omissions of Defendant, Plaintiff has suffered, and will continue to suffer lost wages, lost earning capacity, as well as other special damages, in amounts to be proven at the time of trial.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. Judgment against Defendant for her special and general damages;

B. Prejudgment interest;

C. For an award of attorneys' fees and costs to Plaintiffs; and

D. Further relief as the Court deems just and equitable.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



DATED this 19th day of December, 2024

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ryan Pittman*

David Moody, WSBA No. 22853
Ryan Pittman, WSBA No. 57560
James Chong, WSBA No. 54594
William Kincaid, WSBA No. 54027

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:

*Attorneys for Plaintiff*
*B.G.*

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

B. G., a minor, by and through her parent and legal guardian, Tiffany St. John,

**DEFENDANTS**

Stanley Steemer International, Inc.

**(b)** County of Residence of First Listed Plaintiff: Snohomish, Washington *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Franklin, Ohio *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David P. Moody and Ryan Pittman, Hagens Berman Sobol Shapiro, 1301 2nd Avenue, Suite 2000, Seattle, WA. 98101 T: 206-623-7292

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [x] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. 1332(a)

Brief description of cause: Motor Vehicle Collision

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE: Dec 19, 2024

SIGNATURE OF ATTORNEY OF RECORD: /s/Ryan Pittman

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



Ryan Pittman (WSBA No. 57560)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: ryanp@hbsslaw.com

*Attorneys for Plaintiff B.G.*

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br><br>Plaintiff,<br><br>v.<br><br>Stanley Steemer International, Inc.<br><br>Defendant. | **CIVIL ACTION NO. 24:24-CV-02105**<br><br>**DIVERSITY DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiff B.G., a minor, by and through her parent and legal guardian, Tiffany St. John, submit this diversity disclosure statement:

1. **Plaintiff**, B.G., a minor, by and through her parent and legal guardian, Tiffany St. John resides in the County of Snohomish, Washington and is a citizen of the State of Washington.
2. **Defendant:** Stanley Steemer International, Incorporated is a business entity incorporated in the State of Ohio, with its principal place of business in the City of Dublin, County of Franklin, State of Ohio.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Docusign Envelope ID: CE5067E7-EEDB-433F-B487-454F6BF299C4



DATED this 19th day of December, 2024

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ryan Pittman*

David Moody, WSBA No. 22853
Ryan Pittman, WSBA No. 57560
James Chong, WSBA No. 54594
William Kincaid, WSBA No. 54027

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:

*Attorneys for Plaintiff*
*B.G.*