Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br>Plaintiff,<br>v.<br>Stanley Steemer International, Inc.,<br>Defendant. | CIVIL ACTION NO. 2:24-CV-2105-TL<br><br>DECLARATION OF RACHEL TALLON REYNOLDS IN SUPPORT OF DEFENDANT STANLEY STEEMER INTERNATIONAL, INC.'S MOTION TO VACATE DEFAULT JUDGMENT |

I, Rachel Tallon Reynolds, being above the age of 18 and competent to testify, do testify as follows:

1. I am one of the attorneys representing Stanley Steemer International, Inc. ("Stanley Steemer").

2. After learning about the default judgment, my office began taking steps to remove the judgment.

3. On September 8, 2025, my firm sent a letter to Plaintiff's counsel, Ryan Pittman and David P. Moody, informing them of their potential Rule 11 violations based on material misstatements in Plaintiff's motion for default judgment, Ryan Pittman's declaration supporting plaintiff's motion for default, and Ryan Pittman's declaration supporting Plaintiff's motion for



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

default judgment. We requested they remedy these violations by asking the court to vacate the default judgment that was entered against Stanley Steemer in reliance on these misstatements. The misstatements primarily concern the assertions that Stanley Steemer had not contacted Plaintiff's counsel before January 2025, and that Plaintiff would have no recourse if the default judgment was not granted.

4. A true and accurate copy of the letter sent to Plaintiff's counsel on September 8, 2025, is attached as **Exhibit 1**.

5. On September 9, 2025, Mr. Pittman responded with a letter indicating refusal to ask the court to vacate the default judgment. A true and accurate copy of Mr. Pittman's letter is attached as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Seattle, Washington this 12th day of September, 2025.

By: *<u>/s/ Rachel Tallon Reynolds</u>*
Rachel Tallon Reynolds, WSBA No. 38750



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)