Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,

Plaintiff,

v.

Stanley Steemer International, Inc.

Defendant.

**CIVIL ACTION NO. 2:24-CV-2105-TL**

**DECLARATION OF RYAN PITTMAN IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO VACATE**

I, Ryan Pittman, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am an attorney for Plaintiff, am over the age of eighteen, am competent to testify and do so based on personal knowledge.

2. After filing the Complaint on December 19, 2026, neither myself nor anyone at our firm communicated with any adjuster or other employee from the Continental Insurance Company. We expected Defendant Stanley Steemer to retain counsel, file an Answer, and participate in this lawsuit as is required by this Court.

3. When Plaintiff filed her Motion for Default Judgment, Defendant had not appeared to defend this lawsuit.

4. The first time Plaintiff ever heard from Stanley Steemer, or any attorney on its behalf, was in Defendant's letter dated September 8, 2025. Attached as **Exhibit 1** is a true and correct copy of the September 8, 2025 letter (which made various threats).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

5. Instead of responding in kind, we turned the other cheek.

Executed this 29th day of September 2025 in Seattle, Washington.

*/s/Ryan Pittman*
Ryan Pittman, WSBA #57560



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX