UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br>Plaintiff,<br>v.<br>Stanley Steemer International, Inc.,<br>Defendant. | CIVIL ACTION NO. 2:24-CV-2105-TL<br><br>SECOND DECLARATION OF RACHEL TALLON REYNOLDS IN SUPPORT OF DEFENDANT STANLEY STEEMER INTERNATIONAL, INC.'S REPLY IN SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT AND DEFAULT JUDGMENT UNDER RULE 55(c) AND RULE 60(b) |

I, Rachel Tallon Reynolds, declare:

1. I am over the age of 18 years. I am competent to testify. I have personal knowledge of the facts identified in this declaration.

2. Shortly after Stanley Steemer submitted its motion to vacate the entry of default and the default judgment, its counsel sent Plaintiff's counsel an email, introducing themselves and welcoming a conversation about the case. Attached as **Exhibit 1** is a true and correct copy of the email that co-counsel Rory D. Cosgrove sent to Plaintiff's counsel on September 15, 2025.

3. About a week later, Plaintiff's counsel responded to Stanley Steemer's counsel's email via a responsive letter. In that letter, Plaintiff's counsel indicated that they would share with their client "an offer to resolve this matter." Attached as **Exhibit 2** is a true and correct copy of the letter Plaintiff's counsel sent to Stanley Steemer's counsel on September 23, 2025.

4. Six days letter, Stanley Steemer's counsel informed Plaintiff's counsel that the $25,000 offer Stanley Steemer made to Plaintiff's counsel in late 2024 "to fully resolve Plaintiff's negligence claim remains valid and open." Stanley Steemer also reiterated its repeated requests since May 2024 for all information, category by category, supporting Plaintiff's claimed damages. Attached as **Exhibit 3** is a true and correct copy of the letter Stanley Steemer's counsel sent to Plaintiff's counsel on September 29, 2025.

5. Not even an hour later, Plaintiff's counsel responded by marking up the cover page of Stanley Steemer's letter, using three different colors, with handwritten notes and a cartoonish drawing. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's counsel's marked-up version of Stanley Steemer's September 29, 2025 letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Seattle, Washington, this 3rd day of October, 2025.

By: *<u>/s/ Rachel Tallon Reynolds</u>*
Rachel Tallon Reynolds, WSBA No. 38750