# EXHIBIT 1

| | |
|---|---|
| **From:** | Rory D. Cosgrove |
| **To:** | "ryanp@hbsslaw.com"; "davidm@hbsslaw.com" |
| **Cc:** | "Rachel.T.Reynolds@wilsonelser.com"; Muse, Dirk; "Natasha.Fingar@wilsonelser.com"; Jason W. Anderson; Ashley D. Burman; Allie Keihn |
| **Subject:** | Gonzalez v. Stanley Steemer International, Inc. - Motion to Vacate Default and Default Judgment |
| **Date:** | Monday, September 15, 2025 8:34:14 AM |
| **Importance:** | High |

Good morning, Ryan and David.

Along with Rachel Tallon Reynolds, Dirk Muse, and Natasha Fingar at *Wilson Elser*, we represent Stanley Steemer International, Inc. in this matter. Whenever we at *Carney* appear in a matter, we like to introduce ourselves to opposing counsel. So this is that introduction.

You likely already noticed that we filed a timely motion to set aside the default and the default judgment last Friday. The Court should grant that motion. But if it declines to do so, Stanley Steemer will pursue all appellate relief. And Stanley Steemer strongly believes that the default and default judgment will ultimately be vacated.

To cut to the chase, Stanley Steemer has already admitted negligence, so only the causation and damages elements of your client's negligence claim must be proved—on the merits—once the default and default judgment are vacated. Your client should agree to set aside the default and default judgment because that will give her the quickest pathway to resolving the merits of her negligence claim.

We're always open to discussing this matter. Please don't ever hesitate to contact us. Have a great week. We look forward to hearing from you.

Rory D. Cosgrove
Shareholder
**CARNEY BADLEY SPELLMAN, PS**
**C** (206) 556-8156 | **D** (206) 622-8020
Bio | vCard | Address | Website
cosgrove@carneylaw.com

This e-mail contains confidential, privileged information intended only for the addressee. Do not read, copy, or disseminate it unless you are the addressee. If you are not the addressee, please permanently delete it without printing and call me immediately at (206) 622-8020.

# EXHIBIT 2

HAGENS BERMAN

David P. Moody
ATTORNEYS AT LAW
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

hbsslaw.com

September 23, 2025

**VIA EMAIL:**

Dirk Muse
Rachel T. Reynolds
Natasha Fingar
Wilson Elser Moskowitz Edelman & Dicker LLP
520 Pike Street, Suite 520
Seattle, Washington 98101

Rory D. Cosgrove
Jason W. Anderson
Carney Badley Spellman, PS
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

**Re: Bailey Gonzalez v. Stanley Steemer**
U.S. District Court, WDWA Case No. 2:24-cv-2105-TL

Counsel:

We are responding to your email dated September 15, 2025. We will file our response to your motion on Monday, September 28, 2025.

On July 3, 2025, the Court entered judgment against Stanley Steemer in the amount of $5,185,673.46. Interest began accruing at 9.5% from the date of judgment.[1]

As of today, the total judgment amount (including interest) is **$5,282,851.42**.

If you wish to provide an offer to resolve this matter, we are happy to share that with our client. Otherwise, we will enforce the judgment.

[1] Under RCW 4.56.110(b), a judgment bears interest at two percentage points above the prime rate. The prime rate during the relevant period was 7.5%.

Respectfully,

David P. Moody

David P. Moody

DPM:joa

# EXHIBIT 3

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**September 29, 2025**

**Rachel Tallon Reynolds**
206.709.5866 (direct)
206.669.0212 (mobile)
Rachel.T.Reynolds@wilsonelser.com

**Dirk Muse**
206.709.5878 (Direct)
425.985.6541 (Cell)
Dirk.Muse@wilsonelser.com

**Natasha A. Fingar**
206.709.5888 (direct)
Natasha.Fingar@wilsonelser.com

Ryan Pittman
David P. Moody
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
davidm@hbsslaw.com
ryanp@hbsslaw.com

Re: *B.G. v. Stanley Steemer*
Western District of Washington Civil Action No. 2:24-CV-2105-TL

Dear Mr. Pittman and Mr. Moody:

We write in response to your September 23, 2025 letter about the default judgment entered against Stanley Steemer last July.

This letter confirms that the $25,000 offer Stanley Steemer made to Plaintiff in November 2024 to fully resolve Plaintiff's negligence claim remains valid and open. To our knowledge, Plaintiff has not rejected that offer.

To the extent Plaintiff rejects that offer, Stanley Steemer reiterates its repeated requests since May 2024 for all information supporting Plaintiff's claimed damages. Please provide the following information to us as soon as possible:

1. All medical and billing records supporting Plaintiff's claimed special damages. According to Dr. Singh's clinical evaluation, which was submitted to support Plaintiff's motion for default judgment, he "was given over 1300 pages of records to review in this case." Stanley Steemer requests all records reviewed by Dr. Singh.

2. All documents and sources of information reviewed by Cloie Johnson to support her opinions about Plaintiff's life-care plan.

3. All documents and sources of information reviewed by Anthony Urquiza to support his opinions about Plaintiff's "psychological functioning, long-term prognosis, and treatment recommendations."

4. All documents and sources of information supporting Plaintiff's claim for wage loss, loss of earning capacity, and any other claimed economic damages.

5. All documents and sources of information supporting Plaintiff's claim for general damages.

If Plaintiff provides this information to Stanley Steemer, and if this information causes Stanley Steemer to reevaluate its $25,000 offer to resolve Plaintiff's negligence claim, Stanley Steemer will propose a new settlement offer. But without this information, Stanley Steemer cannot meaningfully evaluate the causation element of Plaintiff's negligence claim and her claimed damages.

We appreciate your attention to this request and look forward to hearing from you and resolving Plaintiff's negligence claim.

Sincerely,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Natasha A. Fingar*

Rachel Tallon Reynolds
Dirk Muse
Natasha A. Fingar

cc: Rory Cosgrove, Gary Enneking, and Stanley Steemer

# EXHIBIT 4

Ms. Fingar — VIA E-MAIL 09/29/25

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

The Federal Court entered Judgment for $5,185,673.46.

**September 29, 2025**

With interest, your client owes $5,304,221.74

**Rachel Tallon Reynolds**
206.709.5866 (direct)
206.669.0212 (mobile)
Rachel.T.Reynolds@wilsonelser.com

**Dirk Muse**
206.709.5878 (Direct)
425.985.6541 (Cell)
Dirk.Muse@wilsonelser.com

**Natasha A. Fingar**
206.709.5888 (direct)
Natasha.Fingar@wilsonelser.com

Ryan Pittman
David P. Moody
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
davidm@hbsslaw.com
ryanp@hbsslaw.com

We are confident the Court will not vacate the Judgment.

Re: *B.G. v. Stanley Steemer*
Western District of Washington Civil Action No. 2:24-CV-2105-TL

Dear Mr. Pittman and Mr. Moody:

We write in response to your September 23, 2025 letter about the default judgment entered against Stanley Steemer last July.

This letter confirms that the $25,000 offer Stanley Steemer made to Plaintiff in November 2024 to fully resolve Plaintiff's negligence claim remains valid and open. To our knowledge, Plaintiff has not rejected that offer.

To the extent Plaintiff rejects that offer, Stanley Steemer reiterates its repeated requests since May 2024 for all information supporting Plaintiff's claimed damages. Please provide the following information to us as soon as possible:

1. All medical and billing records supporting Plaintiff's claimed special damages. According to Dr. Singh's clinical evaluation, which was submitted to support Plaintiff's motion for default judgment, he "was given over 1300 pages of records to review in this case." Stanley Steemer requests all records reviewed by Dr. Singh.

Thank You, David P. Moody