**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, TIFFANY ST. JOHN,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY STEEMER INTERNATIONAL, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 2:24-CV-02105-TL**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of her voluntary dismissal of this case without prejudice. "Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (citing *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). "The dismissal is effective on filing and no court order is required." *Id.*

Defendant has not answered or moved for summary judgment.

//



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

DATED this 18th day of June 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Ryan Pittman*
David P. Moody, WSBA No. 22853
Ryan Pittman, WSBA No. 57560
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: davidm@hbsslaw.com
ryanp@hbsslaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I caused the foregoing document (and all documents filed herewith) to be electronically filed with the Clerk of the Court and served on all parties or their counsel of record as follows:

**VIA EMAIL:**

Rachel T. Reynolds
Dirk Muse
Natasha Fingar
Wilson Elser Moskowitz Edelman & Dicker LLP
520 Pike Street, Suite 2350
Seattle, WA 98101

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 18th day of June 2026 at Seattle, Washington.

JeannieBeth O. Asuncion



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX