Hon. Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| B.G., A MINOR, BY AND THROUGH HER PARENT AND LEGAL GUARDIAN, TIFFANY ST. JOHN,<br>Plaintiff,<br>v.<br>STANLEY STEEMER INTERNATIONAL, INC.,<br>Defendant. | NO. 2:24-cv-02105-TL<br>DECLARATION OF DIRK J. MUSE IN SUPPORT OF DEFENDANT STANLEY STEEMER INTERNATIONAL, INC.'S RULE 11 SANCTIONS MOTION<br>NOTE ON MOTION CALENDAR: August 14, 2026<br>ORAL ARGUMENT REQUESTED |

I, Dirk J. Muse, declare:

1. I am a partner of and co-counsel for Defendant Stanley Steemer International, Inc., along with my colleagues Rachel Tallon Reynolds and Natasha Fingar. I am over the age of 18 years. I am competent to testify. I have personal knowledge of the facts identified in this declaration.

2. I graduated from Whitman College in 1991 and from Gonzaga University School of Law in 1998. I am the past Board Advisor and current board member of the Washington Defense Trial Lawyers.

3. I joined *Wilson Elser Moskowitz Edelman & Dicker* in July 2022 and have been a partner in the firm since 2024. Prior to joining *Wilson Elser Moskowitz Edelman & Dicker*, I



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

was an associate and then shareholder at Lee Smart, P.S., Inc. My practice is exclusively civil defense, representing clients in general liability cases. I have first and/or second chaired over 30 civil trials.

4. My standard hourly billing rate is $265. This standard rate governed my work in this matter. And this rate is reasonable and commensurate with my background, experience, and knowledge of Washington and federal law and with the rates charged by other local civil defense attorneys of similar experience and abilities.

5. Rachel Tallon Reynolds is the regional managing partner of *Wilson Elser Moskowitz Edelman & Dicker's* Seattle, Washington office. She joined the firm in 2024. Ms. Reynolds graduated from Claremont McKenna College in 2001 and Chapman University School of Law in 2005. At Chapman, Ms. Reynolds was on the Executive Board of the Chapman Law Review and Chair of the Nexus Law Journal. She's admitted to practice in Washington, California, and Oregon.

6. Ms. Reynolds was elected for inclusion in The Best Lawyers in America®, 2026, and was selected by Best Lawyers in America® as Lawyer of the Year™, 2025. She was selected for inclusion in Super Lawyers® Top 100 Lawyers in Washington State, 2023, and for inclusion in Super Lawyers® Top 50 Women Attorneys in Washington State, 2022–2024. Ms. Reynolds is also a past president of the Washington Defense Trial Lawyers and current Board Advisor.

7. Ms. Reynolds' standard hourly billing rate is $265. This standard rate governed her work in this matter. And this rate is reasonable and commensurate with her background, experience, and knowledge of Washington and federal law and with the rates charged by other local civil defense attorneys of similar experience and abilities.

8. Natasha Fingar graduated from Bowdoin College in 2021 and graduated magna cum laude from New England Law | Boston in 2024. In law school, she graduated ninth in her class and served as the senior executive editor for the New England Law Review. Ms. Fingar



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

joined *Wilson Elser Moskowitz Edelman & Dicker* in August 2025. Before that, she worked as an associate at Lee Smart, P.S., Inc. from January 2025 to July 2025. Ms. Fingar's practice focuses on general liability matters.

9. Ms. Fingar's standard hourly billing rate is $245. This standard rate governed her work in this matter. And this rate is reasonable and commensurate with her background, experience, and knowledge of Washington and federal law and with the rates charged by other local civil defense attorneys of similar experience and abilities.

10. My firm was retained in August 2025 to assist in vacating the default order and the $5.2 million default judgment entered in this matter. Since our retention, we have been involved in every aspect of this case, working alongside Stanley Steemer's appellate counsel at *Carney Badley Spellman*.

11. Our work for Stanley Steemer included reviewing and editing all correspondence to opposing counsel, analyzing federal authority under Rule 60(b), helping draft and revise the motion to vacate and the reply in support of the motion to vacate, analyzing Plaintiff's response to the motion to vacate, and helping prepare, draft, and revise all declarations to support vacating the default order and default judgment.

12. Attached as Exhibit 2 to this declaration is the partially redacted invoice that reflects the work by *Wilson Elser Moskowitz Edelman & Dicker*'s timekeepers performed in successfully vacating the $5.2 million default judgment.

13. An updated fee declaration will be submitted with Stanley Steemer's reply materials.

14. Copies of *Wilson Elser Moskowitz Edelman & Dicker*'s unredacted invoices are not attached for attorney–client privilege reasons. But billing statements will be made available for this Court to review *in camera*, as necessary, if requested.

15. Attached as Exhibit 1 to this declaration is a true and correct copy of Plaintiff's Complaint filed in King County Superior Court.



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed at Seattle, Washington, on July 30th, 2026.

By: */s/Dirk J. Muse*
Dirk J. Muse, WSBA No. 28911



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 30, 2026, a true and correct copy of the foregoing was served on the attorneys of record via the CM/ECF court portal.

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of July, 2026, at Seattle, Washington.

*/s/Dirk J. Muse*
Dirk J. Muse



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)