Hon. Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| B.G., A MINOR, BY AND THROUGH HER PARENT AND LEGAL GUARDIAN, TIFFANY ST. JOHN,<br>Plaintiff,<br>v.<br>STANLEY STEEMER INTERNATIONAL, INC.,<br>Defendant. | NO. 2:24-cv-02105-TL<br>DECLARATION OF RORY D. COSGROVE IN SUPPORT OF DEFENDANT STANLEY STEEMER INTERNATIONAL, INC.'S RULE 11 SANCTIONS MOTION<br>NOTE ON MOTION CALENDAR: August 14, 2026<br>ORAL ARGUMENT REQUESTED |

I, Rory D. Cosgrove, declare:

1. I am a shareholder of *Carney Badley Spellman, PS* and co-counsel for Defendant Stanley Steemer International, Inc., along with my colleagues Jason W. Anderson and Ashley D. Burman. I am over the age of 18 years. I am competent to testify. I have personal knowledge of the facts identified in this declaration.

2. I graduated magna cum laude from Eastern Washington University in 2008 and summa cum laude from Willamette University School of Law in 2014. In law school, I graduated second in my class and served as the managing editor for the *Willamette Law Review*. I clerked for two years for the Honorable James R. Verellen at the Washington Court of



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Appeals, Division One. I am the president of the Washington Defense Trial Lawyers. I am a former chair of the King County Bar Association's Appellate Practice Section. I have moderated numerous local, regional, and national panel discussions on appellate practice.

3. I joined *Carney Badley Spellman* in June 2016 and have been a shareholder of the firm since January 2022. My practice focuses exclusively on civil appeals and appellate-related matters in trial courts. I have been counsel of record in over 70 appeals. I have represented clients before the Alaska and Washington supreme courts, the United States Court of Appeals for the Ninth Circuit, the Oregon Court of Appeals, and all three divisions of the Washington Court of Appeals. I have been named by *Washington Super Lawyers* as a Rising Star or Super Lawyer in appellate practice every year since 2018—a recognition reserved for the top 2.5 percent of attorneys in Washington. And for the last two years, I have been selected by my peers for inclusion in *The Best Lawyers in America* for my expertise in appellate practice.

4. My standard hourly billing rate for 2025 was $525, and my standard hourly billing rate for 2026 is $575. Those standard rates governed my work in this matter. And those rates are reasonable and commensurate with my background, experience, and knowledge of Washington and federal law and with the rates charged by other local appellate attorneys of similar experience and abilities.

5. Jason W. Anderson focuses his practice exclusively on civil appeals, which he has handled for over two decades in Washington's appellate courts and the United States Court of Appeals for the Ninth Circuit. Mr. Anderson has a B.A. in humanities from Seattle University. He graduated magna cum laude from Seattle University School of Law in 2000, while serving as executive editor of the Seattle University Law Review. Mr. Anderson clerked for the Honorable David H. Armstrong and the Honorable J. Robin Hunt at the Washington Court of Appeals, Division Two. He is a former chair of the King County Bar Association's Appellate Practice Section, is a member of the Washington Appellate Lawyers Association, and



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

is the program chair for the DRI Appellate Advocacy Committee's 2027 seminar. He has moderated multiple panel discussions on appellate practice, including one at a national convention of state appellate judges put on by the National Foundation for Judicial Excellence.

6. Mr. Anderson has been employed with *Carney Badley Spellman* since 2002, has been a shareholder of the firm since 2009, and now chairs the firm's appellate-practice group. His standard hourly billing rate for 2025 was $575, and his standard hourly billing rate for 2026 is $625. Those standard rates governed his work in this matter. And those rates are reasonable and commensurate with his background, experience, and knowledge of Washington and federal law and with the rates charged by other local appellate attorneys of similar experience and abilities.

7. Ashley D. Burman focuses her practice on appeals, critical motions, and complex litigation. Ms. Burman graduated from the University of Washington with a B.A. in Economics and Political Science in 2012, graduated with honors from the University of Chicago Law in 2018. In law school, she was a research assistant to Professor Richard A. Epstein and Nicholas Stephanopoulos, the articles editor for The University of Chicago Legal Forum, a member of the Hinton Moot Court Board, and awarded the Thomas R. Mulroy Prize in Oral and Appellate Advocacy. Ms. Burman clerked on the Ninth Circuit Court of Appeals for Honorable Ryan D. Nelson. She is a member of the Washington State Bar Association's Judicial Recommendation Committee and DRI's Appellate Advocacy Committee.

8. Ms. Burman joined *Carney Badley Spellman* in August 2025. Before joining *Carney Badley Spellman*, she worked as a litigation associate at *Jones Day* in New York and at *Harrigan Leyh Farmer and Thomsen* in Seattle. Her standard hourly billing rate for 2025 was $485, and her standard hourly billing rate for 2026 is $525. Those standard rates governed her work in this matter. And those rates are reasonable and commensurate with her background,



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

experience, and knowledge of Washington and federal law and with the rates charged by other local appellate attorneys of similar experience and abilities.

9. My firm was retained in late August 2025 to assist in vacating the default order and the $5.2 million default judgment entered in this matter. Since our retention, we have been involved in every aspect of this case, working alongside Stanley Steemer's trial counsel at *Wilson Elser Moskowitz Edelman & Dicker*.

10. Our work for Stanley Steemer included reviewing and editing all correspondence to opposing counsel, analyzing federal authority under Rule 60(b), helping draft and revise the motion to vacate and the reply in support of the motion to vacate, analyzing Plaintiff's response to the motion to vacate, and helping prepare, draft, and revise all declarations to support vacating the default order and default judgment.

11. The table below reflects the following work by *Carney Badley Spellman*'s timekeepers performed in successfully vacating the $5.2 million default judgment:

| Date | Attorney Initials | Attorney Name | Hours | Amount ($) | Hourly Rate ($) | Narrative |
|---|---|---|---|---|---|---|
| 08/19/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Continue to analyze the court's order granting default judgment |
| 08/26/2025 | RDC | COSGROVE, RORY D. | 1.70 | 892.50 | 525 | Analyze federal authorities under Rule 60 to prepare for editing the draft motion to vacate the default judgment |
| 08/26/2025 | RDC | COSGROVE, RORY D. | 0.30 | 157.50 | 525 | Attend and participate in conference call with G. Enneking at CNA to discuss vacating the default judgment |
| 08/26/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105 | 525 | Attend and participate in conference call with G. Enneking at CNA and D. Muse at Wilson Elser re: seeking to vacate the default judgment |
| 08/26/2025 | RDC | COSGROVE, RORY D. | 0.50 | 262.50 | 525 | Begin analyzing the draft motion to vacate the default judgment |
| 08/27/2025 | ADB | BURMAN, ASHLEY D. | 2.30 | 1,115.50 | 485 | Revise draft motion to vacate default judgment |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/28/2025 | RDC | COSGROVE, RORY D. | 1.80 | 945 | 525 | Analyze and revise the letter to opposing counsel advising about Rule 11 sanctions and asking to stipulate to vacating the default judgment |
| 08/28/2025 | JWA | ANDERSON, JASON W. | 0.50 | 287.50 | 575 | Review and revise draft letter re CR 11 violations |
| 08/28/2025 | ADB | BURMAN, ASHLEY D. | 1.50 | 727.50 | 485 | Revise draft CR 11 letter; review and analyze authority related to same |
| 08/28/2025 | ADB | BURMAN, ASHLEY D. | 2.30 | 1,115.50 | 485 | Revise draft motion to vacate default judgment, focusing on analyzing authority and argument related to informal appearance issues |
| 08/29/2025 | JWA | ANDERSON, JASON W. | 3.50 | 2,012.50 | 575 | Review and revise draft Motion to Vacate Default Judgment |
| 08/29/2025 | ADB | BURMAN, ASHLEY D. | 3.50 | 1,697.50 | 485 | Revise draft motion to vacate default judgment |
| 09/02/2025 | RDC | COSGROVE, RORY D. | 5.70 | 2,992.50 | 525 | Continue to draft and revise the motion under Rule 60(b) to vacate the default judgment |
| 09/02/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Revise the Declaration of G. Enneking in support of the motion to vacate the default judgment |
| 09/02/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Draft and revise the Declaration of R. Jankowski in support of the motion to vacate the default judgment |
| 09/02/2025 | ADB | BURMAN, ASHLEY D. | 2.90 | 1,406.50 | 485 | Review and analyze authority related to FRCP 60(b) rule for vacatur, focusing on standard for vacatur for fraud or misrepresentation; draft analysis regarding same |
| 09/03/2025 | RDC | COSGROVE, RORY D. | 3.00 | 1,575 | 525 | Continue to draft and revise the motion to vacate the default judgment in preparation for filing later this week |
| 09/03/2025 | RDC | COSGROVE, RORY D. | 0.80 | 420 | 525 | Revise the two declarations in support of the motion to vacate the default judgment consistent with the team's feedback |
| 09/03/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Analyze the client’s declaration on the phone, including gathering critical facts to add to the declaration |
| 09/03/2025 | JWA | ANDERSON, JASON W. | 0.30 | 172.50 | 575 | Review authorities on vacating a default judgment based on misrepresentation |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/2025 | RDC | COSGROVE, RORY D. | 1.80 | 945 | 525 | Finish revising R. Jankowski's declaration to support Stanley Steemer's Rule 60 motion to vacate the default judgment |
| 09/04/2025 | RDC | COSGROVE, RORY D. | 1.50 | 787.50 | 525 | Continue to revise G. Enneking's declaration to support Stanley Steemer's Rule 60 motion to vacate the default judgment |
| 09/04/2025 | RDC | COSGROVE, RORY D. | 3.00 | 1,575 | 525 | Continue to draft and revise the Rule 60 motion to vacate the default judgment by incorporating declaration testimony from G. Enneking and R. Jankowski |
| 09/04/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Talk to G. Enneking re: his declaration to support Stanley Steemer's Rule 60 motion to vacate the default judgment |
| 09/05/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Analyze case facts and declaration testimony with J. Heim at CNA to prepare J. Heim's declaration |
| 09/05/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Analyze case facts and proposed declaration testimony with W. Strait at CNA to prepare W. Strait's declaration |
| 09/05/2025 | RDC | COSGROVE, RORY D. | 1.60 | 840 | 525 | Revise declaration of J. Heim at CNA to support the client's motion to vacate the default judgment under Rule 60(b) |
| 09/05/2025 | RDC | COSGROVE, RORY D. | 1.00 | 525 | 525 | Continue to revise the motion to vacate the default judgment under Rule 60(b) consistent with the new declaration testimony |
| 09/07/2025 | RDC | COSGROVE, RORY D. | 0.70 | 367.50 | 525 | Analyze federal case law interpreting Rule 55 and Rule 60 to assist in revising the motion to vacate the default judgment |
| 09/08/2025 | RDC | COSGROVE, RORY D. | 0.30 | 157.50 | 525 | Talk to G. Enneking at CNA re: his declaration |
| 09/08/2025 | RDC | COSGROVE, RORY D. | 2.20 | 1,155 | 525 | Continue to revise the declaration of G. Enneking |
| 09/08/2025 | RDC | COSGROVE, RORY D. | 1.80 | 945 | 525 | Continue to revise the declaration of J. Heim |
| 09/08/2025 | RDC | COSGROVE, RORY D. | 2.00 | 1,050 | 525 | Continue to draft and revise the client's Rule 60 motion to vacate the default judgment |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/08/2025 | RDC | COSGROVE, RORY D. | 2.20 | 1,155 | 525 | Analyze federal case law interpreting and analyzing Rule 60 to assist in drafting the client's Rule 60 motion to vacate the default judgment |
| 09/09/2025 | RDC | COSGROVE, RORY D. | 0.60 | 315 | 525 | Talk to G. Enneking of CNA on the phone re: his declaration |
| 09/09/2025 | RDC | COSGROVE, RORY D. | 1.40 | 735 | 525 | Talk to J. Heim of CNA on the phone re: her proposed declaration |
| 09/09/2025 | RDC | COSGROVE, RORY D. | 2.00 | 1,050 | 525 | Continue to analyze legal authorities, including federal case law and treatises, analyzing Rule 60(b) to assist in revising and drafting the motion to vacate under Rule 60 |
| 09/09/2025 | RDC | COSGROVE, RORY D. | 2.00 | 1,050 | 525 | Continue to revise and draft the declarations of G. Enneking and J. Heim in preparation for phone conversations with them later today to review their declarations |
| 09/10/2025 | RDC | COSGROVE, RORY D. | 1.70 | 892.50 | 525 | Continue to revise the motion to vacate the default judgment under Rule 60(b) |
| 09/10/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105 | 525 | Revise the declaration of R. Jankowski of Stanley Steemer in support of motion to vacate default judgment under Rule 60(b) |
| 09/10/2025 | RDC | COSGROVE, RORY D. | 1.20 | 630 | 525 | Continue to revise the declaration of J. Heim of CNA |
| 09/11/2025 | RDC | COSGROVE, RORY D. | 0.50 | 262.50 | 525 | Revise the proposed order granting the client's motion to vacate the default order and judgment |
| 09/11/2025 | RDC | COSGROVE, RORY D. | 6.20 | 3,255 | 525 | Continue to analyze, revise, and draft the client's motion to vacate the default order and judgment |
| 09/11/2025 | RDC | COSGROVE, RORY D. | 0.30 | 157.50 | 525 | Draft and revise the declaration of R. Jankowski in preparation for submitting with the motion to vacate the default judgment and order |
| 09/11/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105 | 525 | Draft and send email to carrier and client teams about the motion to vacate |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/12/2025 | RDC | COSGROVE, RORY D. | 5.90 | 3,097 | 525 | Finish drafting and revising the motion to vacate, the proposed order, and all the declarations in support of the motion to vacate |
| 09/15/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105 | 525 | Draft and send email to opposing counsel re: agreeing to vacate the default and default judgment |
| 09/15/2025 | RDC | COSGROVE, RORY D. | 0.30 | 157.50 | 525 | Analyze the correspondence between opposing counsel post-judgment re: vacating the default judgment |
| 09/23/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Analyze opposing counsel's letter re: the client's Rule 60 motion to vacate the default judgment and order |
| 09/23/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Draft and send email to the client/carrier teams advising about opposing counsel's letter |
| 09/26/2025 | RDC | COSGROVE, RORY D. | 3.10 | 1,627.50 | 525 | Begin preparing for oral argument on the client's motion to vacate the default order and judgment, analyzing the case law and the declarations |
| 09/26/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Draft and send email to the client team re: action plan for responding to Plaintiff's 9/23 letter |
| 09/26/2025 | RDC | COSGROVE, RORY D. | 1.00 | 525 | 525 | Draft and revise the client's responsive letter to Plaintiff's counsel's 9/23 letter |
| 09/26/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105 | 525 | Participate in and attend conference call with the trial and client teams re: Plaintiff counsel's 9/23 letter |
| 09/27/2025 | RDC | COSGROVE, RORY D. | 0.30 | 157.50 | 525 | Finish revising and drafting the letter to opposing counsel |
| 09/29/2025 | RDC | COSGROVE, RORY D. | 2.80 | 1,470 | 525 | Analyze Plaintiff's response (with supporting materials) to the client's motion to vacate, including the case law cited in the response, to assist in preparing the client's reply |
| 09/29/2025 | RDC | COSGROVE, RORY D. | 0.50 | 262.50 | 525 | Frame strategy for arguments supporting the reply with the trial team |
| 09/29/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Analyze Plaintiff's response letter |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2025 | ADB | BURMAN, ASHLEY D. | 1.00 | 485 | 485 | Review Plaintiff's response to motion to vacate default judgment |
| 10/01/2025 | RDC | COSGROVE, RORY D. | 1.70 | 892.50 | 525 | Draft and revise the reply in support of the client's motion to vacate the default judgment |
| 10/01/2025 | ADB | BURMAN, ASHLEY D. | 5.00 | 2,425 | 485 | Revise reply in support of motion to vacate default judgment. |
| 10/02/2025 | RDC | COSGROVE, RORY D. | 5.50 | 2,887.50 | 525 | Continue to revise and draft the reply in support of the motion to vacate the entry of default and default judgment |
| 10/03/2025 | RDC | COSGROVE, RORY D. | 3.80 | 1,995 | 525 | Finish drafting and revising the reply in support of the client's motion to vacate the default judgment |
| 10/03/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Analyze correspondence from the client and carrier teams re: the reply in support of the motion to vacate the default judgment |
| 10/03/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Draft and send correspondence to the client and carrier teams re: the reply in support of the motion to vacate the default judgment |
| 10/03/2025 | RDC | COSGROVE, RORY D. | 1.30 | 682.50 | 525 | Draft and revise the second declaration of R. Tallon Reynolds to support the reply for the motion to vacate the default judgment |
| 10/03/2025 | RDC | COSGROVE, RORY D. | 1.20 | 630 | 525 | Finish analyzing Plaintiff's opposition to the client's motion to vacate the default judgment to assist in drafting and revising the reply in support of the motion to vacate the default judgment |
| 10/03/2025 | JWA | ANDERSON, JASON W. | 0.40 | 230 | 575 | Review and revise draft Reply in Support of Motion to Vacate. |
| 10/09/2025 | RDC | COSGROVE, RORY D. | 0.20 | 105.00 | 525 | Attend and participate at conference call with the client and trial teams to discuss post-judgment and appellate strategy, including supersedeas if Plaintiff tries to enforce the judgment |
| 11/13/2025 | RDC | COSGROVE, RORY D. | 0.60 | 315 | 525 | Draft stipulation to stay enforcement of the judgment pending resolution of the client's motion to vacate the default judgment |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/2025 | RDC | COSGROVE, RORY D. | 0.10 | 52.50 | 525 | Draft and send correspondence to the client team re: staying enforcement of the judgment |
| 11/13/2025 | RDC | COSGROVE, RORY D. | 0.40 | 210 | 525 | Discuss with opposing counsel the status of the pending motion to vacate the default judgment and a proposed stipulation to stay enforcement of the judgment pending resolution of the motion to vacate |
| 04/21/2026 | RDC | COSGROVE, RORY D. | 0.10 | 57.50 | 575 | Analyze opposing counsel's email to the court re: status update on pending motion to vacate the default order and judgment |
| 05/26/2026 | RDC | COSGROVE, RORY D. | 0.20 | 115 | 575 | Talk to G. Enneking of CNA |
| 06/17/2026 | RDC | COSGROVE, RORY D. | 0.40 | 230 | 575 | Analyze the court's 14-page order vacating the default order and default judgment |
| 06/17/2026 | RDC | COSGROVE, RORY D. | 0.20 | 115 | 575 | Draft and send analysis to the client team of the court's order vacating the default order and default judgment |
| 06/18/2026 | RDC | COSGROVE, RORY D. | 0.10 | 57.50 | 575 | Draft and send correspondence to the trial/client teams re: post-order decision to vacate the default judgment |
| 06/18/2026 | JWA | ANDERSON, JASON W. | 1.00 | 625 | 625 | Review and analyze court's order vacating default judgment and Plaintiff's voluntary dismissal and strategize next steps |
| 06/22/2026 | RDC | COSGROVE, RORY D. | 0.20 | 115 | 575 | Analyze FRCP 11 to advise the client/trial teams tomorrow about pursuing sanctions against opposing counsel |
| 06/22/2026 | ADB | BURMAN, ASHLEY D. | 0.10 | 52.50 | 525 | Communicate with case team about Rule 11 sanctions strategy. |
| 06/23/2026 | RDC | COSGROVE, RORY D. | 2.60 | 1,495 | 575 | Analyze Washington and federal case law on the statute of limitations for minors in negligence actions and Rule 11 sanctions |
| 06/23/2026 | RDC | COSGROVE, RORY D. | 0.50 | 287.50 | 575 | Attend and participate in conference call with the CNA and client teams to analyze Rule 11 sanctions |



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/23/2026 | JWA | ANDERSON, JASON W. | 0.30 | 187.50 | 625 | Analyze availability and strategy for seeking Rule 11 sanctions |
| 06/23/2026 | JWA | ANDERSON, JASON W. | 0.50 | 312.50 | 625 | Conference with client and trial teams re dismissal and next steps |
| 07/07/2026 | RDC | COSGROVE, RORY D. | 0.10 | 57.50 | 575 | Draft and send email about seeking Rule 11 sanctions against opposing counsel |
| 07/10/2026 | RDC | COSGROVE, RORY D. | 0.30 | 172.50 | 575 | Participate in and attend conference call with trial counsel and the Stanley Steemer and CNA teams |
| 07/11/2026 | RDC | COSGROVE, RORY D. | 1.50 | 862.50 | 575 | Begin drafting declaration in support of the client's request for Rule 11 sanctions |
| 07/13/2026 | RDC | COSGROVE, RORY D. | 2.20 | 1,265 | 575 | Continue drafting my declaration in support of the client's motion for Rule 11 sanctions |
| | | | **Total Hours: 114.40** | **Total Fees: $60,155** | | |

12. An updated fee declaration will be submitted with Stanley Steemer's reply materials.

13. Copies of *Carney Badley Spellman*'s actual invoices are not attached for attorney–client privilege reasons. But billing statements will be made available for this Court to review *in camera*, as necessary, if requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed at Seattle, Washington, on July 30, 2026.

By: */s/Rory D. Cosgrove*
Rory D. Cosgrove, WSBA No. 48647



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 30, 2026, a true and correct copy of the foregoing was served on the attorneys of record via the CM/ECF court portal.

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of July, 2026, at Seattle, Washington.

*/s/Dirk J. Muse*
Dirk J. Muse



**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020