Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| B.G., a minor, by and through her parent and legal guardian, Tiffany St. John,<br><br>Plaintiff,<br><br>v.<br><br>Stanley Steemer International, Inc.<br><br>Defendant. | **CIVIL ACTION NO. 2:24-CV-2105-TL**<br><br>**DECLARATION OF RYAN PITTMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 11**<br><br>NOTED ON MOTION CALENDAR:<br><br>**AUGUST 20, 2026**<br><br>ORAL ARGUMENT REQUESTED |

I, Ryan Pittman, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am an attorney for Plaintiff, am over the age of eighteen, am competent to testify and do so based on personal knowledge.

2. On July 30, 2026, Defendant Stanley Steemer International, Inc., filed a Motion for Sanctions under Rule 11.

3. Defendant did not serve Plaintiff with a copy of the motion it filed with the Court prior to filing the Rule 11 motion.

4. Defendant references a letter dated September 8, 2025, which threatened Rule 11 sanctions.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

5. Defendant's September 8, 2025 letter gave Plaintiff a single day -- "by September 9" -- to respond and stated that Plaintiff must vacate the default judgment. Dkt. 25-1 at p. 3.

6. After Plaintiff voluntarily dismissed this matter under Rule 41(a), Defendant called Plaintiff and stated its intent to move for sanctions.

7. Defendant did not provide any written motion after that phone call.

8. Because Plaintiff was not served with Defendant's motion for Rule 11 sanctions 21 days before Defendant filed it with the Court, Plaintiff does not believe Defendant complied with the requirements of Rule 11.

Executed this 14th day of August 2026 in Seattle, Washington.

*/s/Ryan Pittman*
Ryan Pittman, WSBA #57560



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX